Damion Bromfield
15050 SW Mallard Dr, 203
Beaverton Or 97007
Jamaicapalace@yahoo.com
503-901-5433

FILED 19 JAN '15 11:28 USDC-ORP

District court of the United States

In and for the district of Oregon

Damion Bromfield

Case #   3'16 CV-0091 — MO

Plaintiff.

Complaint for bridge of contract

V

State of Oregon
Department of Revenue

Defendants.

### JURISDICTION

The jurisdiction for this matter in the district due to the fact that all events complained of has arisen in this district.

### VENUE

Venue is also proper in this district for the same reason State of Oregon conducts business in this region.

### TIMELINESS

The suit is timely in that all events complained of arose during the past sixteen months.

## EXHAUSTION

Plaintiff call the Department of Revenue and informed them of the error and nothing was done to correct the matter.

## PARTIES

Damion Bromfield is the Plaintiff and he is a natural person
Department of revenue does business in this region.

Plaintiff and defendant made a contract to pay $25 dollars per month on past fines and parking citation. This amount was to be paid on or about the 25 of each month. This contract was made on or about June of 2015, where plaintiff will make payment until such debt is paid off.

Plaintiff has been keeping up with this agreement. On 12/23/2015 defendant violated that contract by illegally and wrongfully garnishing plaintiff bank account. When plaintiff make payment is makes payment for two or more months in advance and along with the payment is the monthly coupon statement defendant sent to him. Plaintiff also writes in the memo section on his check for the month he is paying. Breach of contract exists when one party to an action fails to live up to the spoken words or written documents that allowed for contractual obligations. " failing to perform any term of a contract, written or oral, without a legitimate legal excuse. This may include not completing a job, not paying in full or on time, failure to deliver all the goods, substituting inferior or significantly different goods, not providing a bond when required, beinglate without excuse, or any act which shows the party will not complete the work ("anticipatory breach."). Plaintiff is seeking damages in the amount of $5,000,000 dollars. Plaintiff also enclosed copy of the cancelled check that was and bank statement showing the date the check was cleared.

CERTIFICATE OF SERVICES

I certify that on January 11, 2016, I caused t be filed with the clerk of the court by First class mail
Oregon Department of Revenue

955 Center street NE

Salem OR 97301

DATED:
*[signature: Damion Bromfield]*

Damion Bromfield

2134

**Amount:**

$50.00

**Trace:**

90058212



Front

Back