IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DAMION BROMFIELD,**

Plaintiff,　　　　　　　　　　　　　　　　　　　　　　　No. 3:16-cv-00091-MO

v.　　　　　　　　　　　　　　　　　　　　　　　　　　ORDER OF DISMISSAL

**STATE OF OREGON
DEPARTMENT OF REVENUE,**

Defendant.

**MOSMAN, J.**,

　　　　On March 18, 2016, I issued an Order to Show Cause [4] ordering Plaintiff to appear in writing within twenty-one days to show cause why this case should not be dismissed. Plaintiff has not made an appearance. Therefore,

　　　　IT IS ORDERED AND ADJUDGED that the claims in the above-captioned matter are DISMISSED with prejudice. Pending motions, if any, are DENIED AS MOOT.

　　　　DATED this __14th__ day of April, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael W. Mosman
　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL W. MOSMAN
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

1 – ORDER OF DISMISSAL